```
 1  STEVE W. BERMAN
    GEORGE W. SAMPSON
 2  TYLER WEAVER
    HAGENS BERMAN SOBOL SHAPIRO LLP
 3  1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
 4  Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
 5  steve@hbsslaw.com
    george@hbsslaw.com
 6  tyler@hbsslaw.com

 7  JENNIFER FOUNTAIN CONNOLLY
    HAGENS BERMAN SOBOL SHAPIRO LLP
 8  1629 K St. NW, Suite 300
    Washington, D.C. 20006
 9  Telephone: (202) 355-6435
    Facsimile: (202) 355-6455
10  jenniferc@hbsslaw.com
```

FILED
CLERK U.S. DISTRICT COURT

JUN 22 2012

CENTRAL DISTRICT OF CALIFORNIA
                         DEPUTY

JS-6

11  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5091 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| This document relates to all actions. | Hearing: None<br>Time: None<br>Courtroom: 6<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: None |

IT IS SO ORDERED
Dated: JUN 22 2012

*/s/ Stephen V. Wilson*
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1   WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2 consolidated for purposes of coordinated pretrial proceedings;
3   WHEREAS, the parties have reached a global settlement of all twenty-two
4 actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5 two actions with prejudice;
6   NOW, THEREFORE, the parties, by and through their attorneys of record,
7 and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8 that this MDL and the following member actions are hereby dismissed with
9 prejudice:
10   (1)   *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11 (RCx) (Chicago Region);
12   (2)   *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13 SVW (RCx) (New York/New Jersey Region);
14   (3)   *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15 SVW (RCx) (Boston Region);
16   (4)   *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17 2:05-cv-06704-SVW-VBK (Los Angeles Region);
18   (5)   *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19 04987-SVW-VBK (Denver Region).
20   (6)   *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21 SVW (RCx) (South Florida Region);
22   (7)   *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23 2382-SVW (RCx) (Philadelphia Region);
24   (8)   *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25 SVW (RCx) (Northern California Region);
26   (9)   *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27 SVW (RCx) (Michigan Region);
28

1       (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2 SVW (RCx) (Northern California Region);
3       (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4 4985(RCx) (Michigan Region);
5       (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6 (RCx) (Carolina Region);
7       (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8 SVW (RCx) (Atlanta Region);
9       (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10 5008(RCx) (Indiana Region);
11       (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12 5012 SVW (RCx) (Boston Region);
13       (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14 5018-SVW (RCx) (Ohio Region);
15       (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16 SVW (RCx) (Philadelphia Region);
17       (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18 06-5058(RCx) (Houston Region);
19       (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20 SVW (RCx) (Wisconsin Region);
21       (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22 SVW (RCx) (District of Columbia Region);
23       (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24 SVW (RCx) (Arizona Region);
25       (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26 (RCx) (Seattle Region).
27
28

| | |
|---|---|
| Dated: May 22, 2012 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: /s/ Jennifer F. Connolly |
| | Jennifer F. Connolly |
| | 1629 K St. NW, Suite 300 |
| | Washington, D.C. 20006 |
| | Tel.: (202) 355-6435 |
| | Fax: (202) 355-6455 |
| | E-mail: JenniferC@hbsslaw.com |

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail: Lee@hbsslaw.com
        Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email: steve@hbsslaw.com
       george@hbsslaw.com
       tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
        mrm@wexlerwallace.com

Lee Squitieri
Olga A. Pettigrew
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
E-mail: lee@sfclasslaw.com

*Co-Lead Counsel and Executive Committee Members*

Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496 0300
Fax: (215) 496 6611
E-mail: jkodroff@srkw-law.com

Nicholas Chimicles
Kimberly Donaldson
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19401
Tel.: (610) 642-8500
Fax: (610) 649-3633
E-mail: nick@chimicles.com
         kimdonaldson@chimicles.com

Lance Harke
HARKE & CLASBY
9699 NE Second Avenue
Miami, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
E-mail: lharke@harkeclasby.com

Hollis Salzman
LABATON SUCHAROW
140 Broadway
New York, NY 10005
Tel.:(212) 907-0700
Fax:(212) 818-0477
E-mail: hsalzman@labaton.com

*Executive Committee Members*

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 4 | | By: /s/ Jonathan M. Jacobson |
| 5 | | Jonathan M. Jacobson |
| | | 1301 Avenue of the Americas |
| | | 40th Floor |
| 6 | | New York, NY 10019 |
| | | Telephone: (212) 999-5800 |
| 7 | | Facsimile: (212) 999-5899 |
| 8 | | Colleen Bal |
| | | Wilson Sonsini Goodrich & Rosati PC |
| 9 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 10 | | Telephone: (650) 493-9300 |
| | | Facsimile: (650) 493-8111 |
| 12 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C |
| | | Harvey I. Saferstein |
| 13 | | 2029 Century Park East, Suite 1370 |
| | | Los Angeles, California 90067 |
| 14 | | Telephone: (310) 586-3200 |
| 15 | | ***Attorneys for Defendants*** |