1  STEVE W. BERMAN
   GEORGE W. SAMPSON
2  TYLER WEAVER
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA  98101
4  Telephone:  (206) 623-7292
   Facsimile:   (206) 623-0594
5  steve@hbsslaw.com
   george@hbsslaw.com
6  tyler@hbsslaw.com

7  JENNIFER FOUNTAIN CONNOLLY
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1629 K St. NW, Suite 300
   Washington, D.C.  20006
9  Telephone:  (202) 355-6435
   Facsimile:  (202) 355-6455
10 jenniferc@hbsslaw.com

JS-6

11 *Attorneys for Plaintiffs*

12            UNITED STATES DISTRICT COURT
13            CENTRAL DISTRICT OF CALIFORNIA
14              WESTERN DIVISION   CV 06-5091 SVW

| 15 IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
|---|---|
| 16 | |
| 17 | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** ⸭ ORDER |
| 18 This document relates to all actions. | Hearing:    None |
| 19 | Time:        None |
| 20 | Courtroom: 6 |
|  | Judge:       Hon. Stephen V. Wilson |
| 21 | Trial Date:  None |

22

23

24        IT IS SO ORDERED
25        Dated         JUN 2 2 2012
26        _____
          United States District Judge
27        STEPHEN V. WILSON
28

STIPULATED DISMISSAL

1    WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2  consolidated for purposes of coordinated pretrial proceedings;

3    WHEREAS, the parties have reached a global settlement of all twenty-two
4  actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5  two actions with prejudice;

6    NOW, THEREFORE, the parties, by and through their attorneys of record,
7  and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE
8  that this MDL and the following member actions are hereby dismissed with
9  prejudice:

10    (1)    *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11  (RCx) (Chicago Region);

12    (2)    *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13  SVW (RCx) (New York/New Jersey Region);

14    (3)    *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15  SVW (RCx) (Boston Region);

16    (4)    *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17  2:05-cv-06704-SVW-VBK (Los Angeles Region);

18    (5)    *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19  04987-SVW-VBK (Denver Region).

20    (6)    *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21  SVW (RCx) (South Florida Region);

22    (7)    *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23  2382-SVW (RCx) (Philadelphia Region);

24    (8)    *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25  SVW (RCx) (Northern California Region);

26    (9)    *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27  SVW (RCx) (Michigan Region);

28

1    (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2  SVW (RCx) (Northern California Region);

3    (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4  4985(RCx) (Michigan Region);

5    (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6  (RCx) (Carolina Region);

7    (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8  SVW (RCx) (Atlanta Region);

9    (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10  5008(RCx) (Indiana Region);

11    (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12  5012 SVW (RCx) (Boston Region);

13    (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14  5018-SVW (RCx) (Ohio Region);

15    (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16  SVW (RCx) (Philadelphia Region);

17    (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18  06-5058(RCx) (Houston Region);

19    (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20  SVW (RCx) (Wisconsin Region);

21    (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22  SVW (RCx) (District of Columbia Region);

23    (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24  SVW (RCx) (Arizona Region);

25    (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26  (RCx) (Seattle Region).

27

28

Dated:  May 22, 2012

HAGENS BERMAN SOBOL SHAPIRO LLP


By: /s/ Jennifer F. Connolly
     Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C.  20006
Tel.:  (202) 355-6435
Fax:  (202) 355-6455
E-mail:  JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA  90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail:  Lee@hbsslaw.com
              Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email:  steve@hbsslaw.com
            george@hbsslaw.com
            tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
             mrm@wexlerwallace.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lee Squitieri
Olga A. Pettigrew
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY  10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
E-mail:  lee@sfclasslaw.com

***Co-Lead Counsel and Executive Committee Members***

Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Tel.: (215) 496 0300
Fax: (215) 496 6611
E-mail: jkodroff@srkw-law.com

Nicholas Chimicles
Kimberly Donaldson
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA  19401
Tel.: (610) 642-8500
Fax: (610) 649-3633
E-mail:  nick@chimicles.com
                kimdonaldson@chimicles.com

Lance Harke
HARKE & CLASBY
9699 NE Second Avenue
Miami, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
E-mail:  lharke@harkeclasby.com

Hollis Salzman
LABATON SUCHAROW
140 Broadway
New York, NY 10005
Tel.:(212) 907-0700
Fax:(212) 818-0477
E-mail: hsalzman@labaton.com

***Executive Committee Members***

1    Dated:  May 22, 2012           WILSON SONSINI GOODRICH & ROSATI

2                                      Professional Corporation

3

4                      By:   /s/ Jonathan M. Jacobson

5                                Jonathan M. Jacobson
                                   1301 Avenue of the Americas

6                                40th Floor
                                 New York, NY  10019

7                                Telephone:  (212) 999-5800
                                 Facsimile: (212) 999-5899

8                                Colleen Bal

9                                Wilson Sonsini Goodrich & Rosati PC
                                 650 Page Mill Road

10                              Palo Alto, CA 94304
                               Telephone:  (650) 493-9300

11                              Facsimile:  (650) 493-8111

12                              MINTZ LEVIN COHN FERRIS GLOVSKY
                             AND POPEO, P.C

13                              Harvey I. Saferstein
                             2029 Century Park East, Suite 1370

14                              Los Angeles, California 90067
                             Telephone: (310) 586-3200

15                              ***Attorneys for Defendants***

16

17

18

19

20

21

22

23

24

25

26

27

28